788 S.E.2d 214

### Re ADMINISTRATIVE SUSPENSIONS FOR FAILURE TO COMPLY WITH CONTINUING LEGAL EDUCATION REQUIREMENTS.

Supreme Court of South Carolina.

May 5, 2016.

## ORDER

The South Carolina Commission on Continuing Legal Education and Specialization has furnished the attached list of lawyers who have failed to file reports showing compliance with continuing legal education requirements, or who have failed to pay the filing fee or any penalty required for the report of compliance, for the reporting year ending in February 2016. Pursuant to Rule 419(d)(2), SCACR, these lawyers are hereby suspended from the practice of law. They shall surrender their certificates to practice law in this State to the Clerk of this Court by June 6, 2016.

Any petition for reinstatement must be made in the manner specified by Rule 419(e), SCACR. Additionally, if they have not verified their information in the Attorney Information System, they shall do so prior to seeking reinstatement.

These lawyers are warned that any continuation of the practice of law in this State after being suspended by this order is the unauthorized practice of law, and will subject them to disciplinary action under Rule 413, SCACR, and could

result in a finding of criminal or civil contempt by this Court. Further, any lawyer who is aware of any violation of this suspension shall report the matter to the Office of Disciplinary Counsel. Rule 8.3, Rules of Professional Conduct for Lawyers, Rule 407, SCACR.

/s/Costa M. Pleicones, C.J.

/s/Donald W. Beatty, J.

/s/John W. Kittredge, J.

/s/Kaye G. Hearn, J.

/s/John Cannon Few, J.

ATTACHMENT

LAWYERS NON–COMPLIANT WITH THE MCLE
REQUIREMENTS FOR THE 2015–2016 RE-
PORTING YEAR AS OF MAY 5, 2016.

Robert Glenn Bacon
Bacon Law Firm
1019 Hwy 17 S #123
North Myrtle Beach, SC 29582

Brandon Ashley Barr
1301 Havenhurst Drive
West Hollywood, CA 90046
ADMINISTRATIVE SUSPENSION
(02/26/16)

Christopher Mark Behr
Wigger Law Firm
4526 Vance Road
Holly Hill, SC 29059

Maria Magdalena Brown
67 Fort Royal Ave.
Charleston, SC 29407–6000

Clair Gilliland Campbell
Campbell & Associates, P.A.
717 East Blvd.
Charlotte, NC 28203

R. Clenten Campbell
1421 Perdita Way
Greer, SC 29650
INTERIM SUSPENSION (10/29/15)

Charles Clark, III
116 E. Earle Street
Anderson, SC 29621

Richard G. D'Agostino
744 Arden Lane, Ste.
175 Rock Hill, SC 29732
INTERIM SUSPENSION (02/29/16)

Christopher Matthews Glenn
3232 Danfield Drive
Columbia, SC 29204
ADMINISTRATIVE SUSPENSION
(03/04/15)

506

Miles Lavan Green, Jr.
Miles Lavan Green, Jr., Attorney at Law
1878 Boone Hall Drive
Charleston, SC 29407

Angus Quentine Long
56 Radcliffe Long
Charleston, SC 29403

Cynthia Barrier Patterson
PO Box 6786
Columbia, SC 29260

Steven Salcedo
Law Offices of Steven Salcedo, LLC
150 East Ponce De Leon Avenue, Suite
225
Decatur, GA 30030–2543
ADMINISTRATIVE SUSPENSION
(02/26/16)

Dorothy Stefan
8427 Lakemont Drive
Dallas, TX 75209

Thaddaeus T. Viers
Thad Viers Attorney at Law
100 Holly Lane
Myrtle Beach, SC 29572
INTERIM SUSPENSION (04/11/12)

Wendy Rae Webb
Glasser & Schaeffer
56 Perimeter Center East, Suite 450
Atlanta, GA 30346